**No. 56723.**—Frederick Miller *v.* United States, protest 148971–K (New York).

Opinion by FORD, J. It was stipulated that certain items of the involved merchandise consist of woven silk fabrics the same in all material respects as those passed upon in *Walter Strassburger & Co., Inc., et al.* v. *United States* (26 Cust. Ct. 210, C. D. 1326). The claim of the plaintiff was therefore sustained.

BEFORE THE THIRD DIVISION, MAY 27, 1952

**No. 56724.**—Federal Wine & Liquor Co. et al. *v.* United States, protests 22461–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of grenadine the same in all material respects as that the subject of *La Manna, Azema & Farnan, Inc.* v. *United States* (39 C. C. P. A. 44, C. A. D. 461), the claim of the plaintiffs was sustained.